UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN HARRIS, ) | 1:05-cv-00755-REC-SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO TIMELY FILE AN OPENING BRIEF** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | (Doc. 6) |
| ) | |
| Defendant. ) | |

Plaintiff, represented by counsel, is proceeding in an action seeking judicial review of an administrative decision of the Commissioner of Social Security denying an application for disability benefits.

On June 9, 2005, plaintiff filed her complaint (Doc. 1). The Court's standard Scheduling Order directs plaintiff to file an Opening Brief ninety-five (95) days after the defendant files the administrative record, OR sixty-five (65) days after plaintiff served on defendant a confidential letter brief. Defendant filed notice of lodging the administrative record on November 14, 2005 (Doc. 14). Thus, plaintiff's Opening Brief was due to be filed and served by February 19, 2006. To date, plaintiff has neither filed an Opening Brief nor sought an extension of time within which to do so.

1

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991). Plaintiff's failure to timely file an Opening Brief may result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff show cause why this action should not be dismissed for lack of prosecution and failure to obey an order of the Court; and,

2. If plaintiff has any reasons why this action should not be dismissed, they shall be submitted by a sworn Declaration of facts by **March 10, 2006**, to which a supporting memorandum of law may be appended, to include:

(A) an explanation of the lack of activity in this case; and,

(B) shall list each specific steps plaintiff plans to take to prosecute this case, and, particularly, to file and serve an Opening Brief.

Plaintiff is herein advised that failure to comply with and/or respond to this order will result in a recommendation to the District Court that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 28, 2006**             /s/ Sandra M. Snyder
icido3                                                                   UNITED STATES MAGISTRATE JUDGE

2