1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 STAN HARRIS            )
                          )       1:05-CV-755 REC SMS
11                        )
           Plaintiff,     )       STIPULATION AND ORDER TO DISMISS
12                        )
   vs.                    )
13                        )
   JO ANNE B. BARNHART,   )
14 Commissioner of Social )
   Security,              )
15                        )
           Defendant.     )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on June 9, 2005, on behalf of Plaintiff be dismissed.  After thorough review of the

20 transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21 Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

22          Dated: February 18, 2006         /s/ Gina Fazio

23                                           GINA FAZIO, ESQ.
                                             Attorney for Plaintiff
24
            Dated: March 3, 2006
25                                           MCGREGOR SCOTT
                                             United States Attorney
26
                                             By: /s/ Kristi C. Kapetan
27                                           (as authorized via facsimile)
                                             KRISTI C. KAPETAN
28                                           Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: ___3/8/06_____      _/s/ ROBERT E. COYLE
                                            ROBERT E. COYLE
                                            United States District Judge